**UNITED STATES of America,**
**Appellee,**

v.

**Shahid R. PRATT, Appellant.**

No. 08–1699.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 18, 2008.

Filed: Sept. 24, 2008.

Larry C. Pace, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Rudolph R. Rhodes, IV, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

[UNPUBLISHED]

PER CURIAM.

Shahid Pratt appeals the sentence the district court[1] imposed after revoking his supervised release. We affirm.

We find that the revocation sentence of 14 months in prison is not unreasonable. First, the sentence was within both the statutory limits and the Chapter 7 advisory Guidelines range of 8–14 months. *See* 18 U.S.C. § 3583(e)(3) (authorizing up to 2–year prison term upon revocation of supervised release where original offense was Class C felony); U.S.S.G. § 7B1.4(a) (range for Grade C violation with Category VI criminal history is 8–14 months in prison). Second, in sentencing Pratt, the district court considered appropriate factors, including Pratt's history and characteristics, the circumstances of his offense, and the need for deterrence. *See* 18 U.S.C. § 3553(a)(1)–(2), (a)(4)(B), § 3583(e) (permitting imposition of revocation sentence after consideration of certain § 3553(a) factors); *United States v. Larison,* 432 F.3d 921, 923 (8th Cir.2006) (district court need not mechanically list every § 3553(a) consideration when sentencing defendant upon revocation of supervised release).

Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.